**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

CAROLYN BLACKMON,                                )        CASE NO. 4:20CV01196
                                                 )
          Plaintiff,                             )
                                                 )
          v.                                     )        MAGISTRATE JUDGE
                                                 )        JONATHAN D. GREENBERG
COMMISSIONER OF SOCIAL SECURITY                  )
ADMINISTRATION,                                  )
                                                 )        **JUDGMENT**
          Defendant.                             )
                                                 )


      Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order,

the Commissioner's final decision is VACATED and the case REMANDED for further proceedings

consistent with the Court's decision.

      **IT IS SO ORDERED.**


           *s/Jonathan D. Greenberg*
           Jonathan D. Greenberg
           United States Magistrate Judge

Date: July 1, 2021